IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, | § | |
| SUCESSOR IN INTEREST TO LEGACY | § | |
| MEDICAL CONSULTANTS, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| AMIR LEBASCHI D/B/A ORANGE COUNTY | § | |
| FOOT & ANKLE INSTITUTE, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Amir Lebaschi d/b/a Orange County Foot & Ankle Institute ("Lebaschi") hereby removes cause number 348-365836-25 from the 348th Judicial District Court of Tarrant County, Texas ("State Court Lawsuit") to the United States District Court for the Northern District of Texas, Fort Worth Division.  In support of this Notice, Lebaschi states as follows:

### JURISDICTION & VENUE

1.     This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

2.     The parties are of diverse citizenship.

3.     Plaintiff Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Plaintiff") is a Texas limited partnership whose sole owner is Jonathan Stephen Knutz.  Knutz is an individual domiciled in the State of Texas and is therefore a citizen of the State of Texas.  *See Preston v. Tenet Healthsystem Mem'l Med. Ctr., Inc.*, 485 F.3d 793, 797 (5th Cir. 2007) (for the purposes of diversity jurisdiction, an individual is a citizen of his state of domicile).  Accordingly, Plaintiff is a citizen of the State of Texas.  *See Harvey v. Grey Wolf Drilling Co.*, 542

F.3d 1077, 1079 (5th Cir. 2008) ("The citizenship of a limited partnership is based upon the citizenship of each of its partners.").

4.    Lebaschi is domiciled in and a citizen of the State of California. *See Preston*, 485 F.3d at 797.

5.    The matter in controversy exceeds Section 1332's threshold of $75,000. *See* 28 U.S.C. § 1332(a). Plaintiff alleges that it is seeking "[a]ctual and out-of-pocket damages of at least $236,520.00." Orig. Pet. 9 (Prayer for Relief).

6.    Venue is proper because the Northern District of Texas, Fort Worth Division, embraces the court where the State Court Lawsuit was pending. *See* 28 U.S.C. § 1441(a).

## PROCEDURAL REQUIREMENTS

7.    In accordance with Local Rule 81.1, Lebaschi files the following documents concurrently with this Notice:

    a.    Index of required documents;

    b.    Civil Cover Sheet;

    c.    Supplemental Civil Cover Sheet;

    d.    Docket Sheet from the State Court Lawsuit;

    e.    Each document filed in the State Court Lawsuit, except discovery material; and

    f.    Certificate of Interested Persons.

8.    This Notice of Removal is timely because fewer than thirty days have passed since Lebaschi received, through service or otherwise, a copy of the state court petition. *See* 28 U.S.C. § 1446(b)(2)(B).

WHEREFORE, PREMISES CONSIDERED, Lebaschi removes this action to this Court.

Respectfully submitted,

*/s/ Jordan M. Parker*
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com

CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone
(817) 877-2807  Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on August 28, 2025, a true and correct copy of this Notice of Removal was served on counsel for Plaintiffs via the state court's e-file system.

*/s/ Michael Ackerman*
Michael Ackerman

### INDEX OF ATTACHMENTS

| No. | Document | Date Filed in State Court |
|---|---|---|
| 1 | Civil Cover Sheet (*see* Local Rule 81.1(a)(1)) | n/a |
| 2 | Supplemental Civil Cover Sheet (*see* Local Rule 81.1(a)(2)) | n/a |
| 3 | Certificate of Interested Persons (*see* Local Rule 81.1(a)(4)(D)) | n/a |
| 4 | State Court Docket (*see* Local Rule 81.1(a)(4)(B)) | n/a |
| 5 | Plaintiff's Original Petition | 6/20/25 |
| 6 | Exhibit A to Original Petition (docketed as a separate document) | 6/20/25 |
| 7 | Exhibit B to Original Petition (docketed as a separate document) | 6/20/25 |
| 8 | Citation | 6/20/25 |

# Attachment 1

JS 44   (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Legacy Medical Consultants, LP, Successor in Interest to Legacy Medical Consultants, LLC

**DEFENDANTS**

Amir Lebaschi d/b/a Orange County Foot & Ankle Institute

**(b)** County of Residence of First Listed Plaintiff   Tarrant County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Blank Rome LLP, 717 Texas Ave., Ste. 1400, Houston, TX 77002, 713.632.8657

Attorneys *(If Known)*
Cantey Hanger LLP, 600 W. 6th St., Ste. 300, Fort Worth, TX 76102 817.877.2800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3  Federal Question  *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4  Diversity  *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court |
| ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332 (diversity jurisdiction)
Brief description of cause:
Breach of contract, quantum meruit, promissory estoppel, unjust enrichment, suit on sworn account

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 236,520

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*     JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 8/25/2025 | /s/ Michael Ackerman |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# Attachment 2

Supplemental Civil Cover Sheet
Page **1** of **2**

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 348th District Court, Tarrant County, Texas | 348-365836-25 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | 1. Legacy Medical Consultants, LP, Successor in Interest to Legacy Medical Consultants, LLC (Plaintiff) | See page 3 |
   |  |  |
   | 2. Amir Lebaschi d/b/a Orange County Foot & Ankle Institute (Defendant) | See page 3 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     ☑ Yes          ☐ No

   If "*Yes,*" by which party and on what date?

   Plaintiff _____          6/20/2025 _____
   Party                                                                           Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4.  **Answer:**

    Was an Answer made in State Court?    ☐ Yes              ☑ No

        If "*Yes*," by which party and on what date?

    _____     _____
    Party                                Date

5.  **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    |  |  |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

6.  **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    | Party | Reason |
    |---|---|
    |  |  |

7.  **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | Party | Claim(s) |
    |---|---|
    | Plaintiff | Breach of contract, quantum meruit, promissory estoppel, unjust enrichment, suit on sworn account |

**Attorneys for Plaintiff**

Gregory J. Moore
Texas Bar No. 24055999
BLANK ROME LLP
717 Texas Avenue,
Suite 1400
Houston, Texas 77002
713-632-8657

**Attorneys for Defendant**

Jordan M. Parker
State Bar No. 15491400
Derek Carson
State Bar No. 24085240
Michael Ackerman
State Bar No. 24120454
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone

# Attachment 3

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Legacy Medical Consultants, LP
Plaintiff

v.
                                              Civil Action No.

Amir Lebaschi
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Amir Lebaschi d/b/a Orange County Foot & Ankle

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Legacy Medical Consultants, LP
Stephen Knutz
Amir Lebaschi
Blank Rome LLP
Cantey Hanger LLP

| | |
|---|---|
| Date: | August 25, 2025 |
| Signature: | /s/ Michael Ackerman |
| Print Name: | Michael Ackerman |
| Bar Number: | 24120454 |
| Address: | 600 W. 6th St., Ste. 300 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | 817.877.2800 |
| Fax: | 817.877.2807 |
| E-Mail: | mackerman@canteyhanger.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

# Attachment 4

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                    08/25/2025 9:49 AM

**Court :** 348     **Case :** 365836     Search     New Search     ☐ Show Service Documents ONLY

**Cause Number : 348-365836-25**                    **Date Filed : 06-20-2025**

LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO L | **VS** | AMIR LEBASCHI D/B/A ORANGE COUNTY FOOT & ANKLE INSTITUTE

**Cause of Action :** CONTRACT, DEBT/CONTRACT

**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|-----------|-------------|--|--|--------------|-----------------|
| 06-20-2025 | PLTF'S ORIG PET | | N | $350.00 | |
| 06-20-2025 | PAYMENT RECEIVED trans #1 | | Y | | $213.00 |
| 06-20-2025 | PAYMENT PAID TO STATE trans #1 | | Y | | $137.00 |
| 06-20-2025 | EXHIBIT (ATTACHED) | | | | $0.00 |
| 06-20-2025 | AFFDT OF KIMBERLY R BINI (ATTACHED) | | | | $0.00 |
| 06-20-2025 | CIT-ISSUED ON AMIR LEBASCHI-On 06/27/2025 | | N   Svc | $8.00 | |
| 06-20-2025 | CITATION | | N   Svc | $8.00 | |
| 06-20-2025 | PAYMENT RECEIVED trans #7 | | Y | | $8.00 |
| 06-20-2025 | PAYMENT RECEIVED trans #6 | | Y | | $8.00 |
| 06-20-2025 | JURY REQUESTED | | | | $0.00 |

# Attachment 5

FILED
TARRANT COUNTY
6/20/2025 3:49 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. _____     348-365836-25

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **v.** | § | |
| | § | |
| **AMIR LEBASCHI D/B/A ORANGE COUNTY FOOT & ANKLE INSTITUTE,** | § § § | |
| | § | **_____ JUDICIAL DISTRICT** |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Legacy" or "Plaintiff"), by and through its undersigned attorneys, files this original petition against Defendant, Amir Lebaschi, doing business as Orange County Foot & Ankle Institute ("Dr. Lebaschi" or "Defendant"), and alleges as follows:

### INTRODUCTION

1.     This Petition arises out of Defendant's breach of contract by failing to pay over two hundred thousand dollars for products he purchased from Legacy. As alleged in greater detail below, the parties entered into an agreement under which Legacy agreed to sell, and Dr. Lebaschi agreed to buy, certain human tissue products (the "Products") used to assist in the treatment of chronic, non-healing wounds. A true and correct copy of the agreement is attached as **Exhibit A**, Fulfillment/Rebate Agreement ("Agreement") dated June 6, 2023. Dr. Lebaschi was required to provide payment for any and all Products ordered within sixty (60) days after product shipment. *See* **Ex. A** ¶ 6. Yet after executing the Agreement, Dr. Lebaschi began missing payments. To date, and despite Legacy's continued requests and reminders to remit all outstanding payments, Dr.

Lebaschi still owes at least $236,520.00 for the Products he ordered and received from Legacy. Legacy brings the following action to collect these overdue amounts.

## DISCOVERY CONTROL PLAN

2.    Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 or eligible for discovery under Level 1 because Plaintiff seeks both monetary relief and equitable relief.

## RELIEF

3.    Pursuant to Texas Rule of Civil Procedure 47, Plaintiff seeks equitable remedies as well as monetary relief as set forth herein, with the total monetary relief, upon information and belief, of $250,000 or less, excluding interest.

## PARTIES

4.    Plaintiff Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC is a Texas Limited Partnership, with its principal place of business located at 9800 Hillwood Parkway #320, Fort Worth, Texas 76177.

5.    Defendant Amir Lebaschi is an individual with a principal place of residence at 9 Lancea Pl, Tustin, California 92782. He is a licensed podiatric medical doctor who was doing business as Orange County Foot & Ankle Institute**.** Orange County Foot & Ankle Institute's principal address is 2220 East Fruit Street, Suite 214, Santa Ana, California 92701.

## JURISDICTION AND VENUE

6.    This Court has subject matter jurisdiction over this suit because the amount in controversy (at least to the extent relief sought is susceptible to quantification and remedy as legal damages), excluding interest, exceeds this Court's minimum jurisdictional requirements. *See* TEX. CONST. art. 5, § 8; TEX. GOV'T CODE ANN. § 24.007(b).

**PLAINTIFF'S ORIGINAL PETITION**

7.     This Court has personal and/or specific jurisdiction over Dr. Lebaschi, who is a non-resident Defendant, because he voluntarily entered into four separate contracts with Legacy, an entity he knew to be a Texas resident, on his own behalf. The contracts were performable and has been performed in part in the State of Texas, in that Dr. Lebaschi engaged in repeated transactions over the course of several months with Legacy under the contracts, made payments to Legacy's Texas bank account, accepted products shipped from Legacy in Texas, returned $100,400 worth of products to Legacy's Texas headquarters for credit, and agreed to Texas law governing the contracts.

8.     Venue for this action is appropriate and permissive in Tarrant County, Texas under Texas Civil Practice & Remedies Code section 15.035 because the contracts were executed and performed by Legacy in Tarrant County, and Tarrant County is Legacy's county of residence.

9.     The Agreement is governed by Texas law. *See* **Ex. A ¶** 7.

<u>**FACTUAL ALLEGATIONS**</u>

**I.     Plaintiff Legacy Medical Consultants**

10.     Legacy Medical Consultants is an integrated marketer of proprietary regenerative biomaterial products processed from human amniotic membrane and other birth tissues. Among other things, Legacy markets amniotic tissue grafts, which are intended to assist in the treatment of external, chronic or non-healing wounds by providing coverage and protection. Legacy markets its products to doctors all over the country.

11.     Before purchasing the Products from Legacy, healthcare providers fill out a customer onboarding document, which sets out the provider's address, practice name, contact information, and billing information.

12.     Healthcare providers also execute a Purchase or Fulfillment/Rebate Agreement with Legacy, which includes terms for tracking and payment of the Products. The agreement sets

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

out the terms of the purchase and sale and dictates the procedures that customers must follow to place orders for the Products, which includes the requirement to keep track of the Products administered to patients, and provide payment for any Products purchased, among other things.

## II.    The Agreement with Dr. Lebaschi

13.    On or about June 6, 2023, Dr. Lebaschi entered into the Agreement with Legacy on his own behalf. *See* **Ex. A**.

14.    Per the terms of the Agreement, Legacy agreed to sell, and Dr. Lebaschi agreed to purchase, human cell and tissue products for him to administer to patients as medically necessary.

15.    After Dr. Lebaschi submitted his order forms for the Products, Legacy would generate an order statement reflecting the terms of the purchase and identifying the Products to be shipped. Legacy would then promptly pack and ship the Products identified on the Order Statement for delivery to Dr. Lebaschi using second-day delivery. Legacy would also provide the shipment's delivery status information to Dr. Lebaschi.

16.    On the day the Products were shipped, Legacy would send Dr. Lebaschi an invoice per order via email.

17.    At the end of each month, Legacy would deliver to Dr. Lebaschi an email with a summary PDF document containing all of the prior month's invoices, which reflected all amounts he owed Legacy for the Products ordered in the preceding month.

18.    According to the Agreement he executed, Dr. Lebaschi was bound to make payments to Legacy within sixty (60) days after product shipment. **Ex. A ¶ 6**.

## III.    Dr. Lebaschi Fails to Pay Legacy at Least $236,520.00 that is Owed

19.    Despite the plain language of the Agreement, Dr. Lebaschi has failed to make numerous payments on due invoices owed to Legacy for the Products he ordered and received.

20.    At present, Dr. Lebaschi owes Legacy a total of at least $236,520.00 for Products he ordered and Legacy delivered to the practice.

21.    Dr. Lebaschi has failed to make payments in full to Legacy for the Products he received between June 16, 2023, to August 17, 2023, totaling $236,520.00.

22.    Legacy promptly informed Dr. Lebaschi that these payments were past due and demanded payment of all amounts owed. Legacy contacted Dr. Lebaschi about these overdue payments and requested return of all unused products.

23.    Despite Legacy's efforts, Dr. Lebaschi did not remit the requested payments, which directly conflicts with the Agreement's payment terms.

24.    This directly conflicts with the plain language of the Agreement, which states that all payments for the Products must be made to Legacy within sixty (60) days after product shipment. **Ex. A** ¶ 6. Upon information and belief, Dr. Lebaschi used Legacy's Products with patients in the course of providing medical treatment.

25.    To date, Legacy has still not received the $236,520.00 that Dr. Lebaschi owes under the Agreement for the Products ordered and received.

## CONDITIONS PRECEDENT

26.    All specific conditions precedent to Legacy's claims for relief have been performed or have occurred.

## COUNT I
## BREACH OF CONTRACT

27.    Legacy repeats and re-alleges each and every allegation set forth above as if set forth at length herein.

28.    Dr. Lebaschi entered into the Agreement with Legacy in connection with the purchase and sale of the Products from Legacy. *See* **Ex. A**.

PLAINTIFF'S ORIGINAL PETITION

29.    The Agreement is a valid and enforceable contract between Legacy and Dr. Lebaschi.

30.    The Agreement is governed by Texas law. **Ex. A ¶** 7.

31.    Legacy has fully performed all relevant obligations under the Agreement, by, among other things, generating and sending order statements to Dr. Lebaschi upon receipt of any and all orders; packing and shipping the Products to; and generating and sending monthly invoices to Dr. Lebaschi reflecting all amounts owed by him for the Products he received.

32.    Dr. Lebaschi breached Paragraph 6 of the Agreement by failing to pay Legacy for the invoices discussed in Paragraph 21 above.

33.    Dr. Lebaschi's breach of contract has caused and will continue to cause substantial harm and injury to Legacy, including lost revenue in the amount of at least $236,520.00, and other damages in an amount to be determined at trial.

## COUNT II
## IN THE ALTERNATIVE, QUANTUM MERUIT

34.    Legacy repeats and re-alleges each and every allegation set forth above as if set forth at length herein.

35.    Legacy provided valuable goods and services to Dr. Lebaschi by, among other things, packing and shipping Dr. Lebaschi the Products he ordered.

36.    Such goods and services were rendered at the specific request, and for the benefit, of Dr. Lebaschi, with knowledge, consent, and acquiescence, and were accepted by Dr. Lebaschi.

37.    Due to the significant cost and amount of the Products delivered, Dr. Lebaschi understood that Legacy expected to be compensated therefor.

38.    Dr. Lebaschi has failed to pay Legacy $236,520.00 in overdue payments for the Products delivered to him.

39.     Upon information and belief, Dr. Lebaschi accepted, used, and benefited from the Products by using them to treat his patients.

40.     Legacy has made numerous demands on Dr. Lebaschi for payment.

41.     Despite such demands, Dr. Lebaschi has refused to pay Legacy for its products.

42.     As a result of Dr. Lebaschi's refusal to pay Legacy for the value of the Products and other services provided, Legacy has sustained substantial damages, including but not limited to damages in the amount of at least $236,520.00, and other damages in an amount to be determined at trial.

## COUNT III
## IN THE ALTERNATIVE, PROMISSORY ESTOPPEL

43.     Legacy repeats and re-alleges each and every allegation set forth above as if set forth at length herein.

44.     On or about June 6, 2023, Dr. Lebaschi made a written promise to Legacy to pay for all the Products he received.

45.     Due to the substantial expense and amount of the Products Legacy agreed to send to Dr. Lebaschi, he reasonably anticipated that Legacy would rely on his promises of payment.

46.     Legacy reasonably relied on Dr. Lebaschi's promises of payment to its detriment by providing the Products to Dr. Lebaschi.

47.     As a result of Legacy's detrimental reliance on Dr. Lebaschi's promises, Legacy has suffered actual and significant injury, including but not limited to damages in the amount of at least $236,520.00, and other damages in an amount to be determined at trial.

## COUNT IV
## IN THE ALTERNATIVE, UNJUST ENRICHMENT

**PLAINTIFF'S ORIGINAL PETITION**

48.    Legacy repeats and re-alleges each and every allegation set forth above as if set forth at length herein.

49.    Legacy, at its own expense, provided several deliveries of the Products valued at least $236,520.00 to Dr. Lebaschi. Legacy also packed and shipped the Products to Dr. Lebaschi and sent him several invoices for those Products.

50.    Upon information and belief, Dr. Lebaschi has been enriched by virtue of Legacy providing him with the aforementioned Products. Dr. Lebaschi was able to use those products in treating his patients.

51.    Dr. Lebaschi has been unjustly enriched by inducing Legacy to rely on his promises of payment for the valuable goods and services that Legacy provided for him.

52.    As a result of Dr. Lebaschi's acts and omissions, Legacy has suffered actual and significant injury, including, but not limited to damages in the amount of at least $236,520.00, and other damages in an amount to be determined at trial.

## SUIT ON SWORN ACCOUNT

53.    Legacy repeats and re-alleges each and every allegation set forth above as if set forth at length herein.

54.    Legacy provided goods to Dr. Lebaschi under contract and founded on business dealings between the parties.

55.    Dr. Lebaschi accepted said services and became bound to Legacy for the same.

56.    A record of the account and required affidavit is attached hereto as **Exhibit B** and fully incorporated herein by reference.

57.    The account accurately sets forth the services Legacy provided to Dr. Lebaschi, the dates of performance, and the cost of the goods provided. The account represents a record of the

PLAINTIFF'S ORIGINAL PETITION

transactions at issue and is similar to records Legacy systemically keeps in the ordinary course of business.

58.     After goods were provided, Dr. Lebaschi failed to make payments.

59.     No payments being made or offsets being proper, the principal balance owed by Dr. Lebaschi remains $236,520.00.

60.     This claim is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed. Legacy therefore seeks liquidated damages in the amount of at least $236,520.00 from Dr. Lebaschi.

## REQUEST FOR JURY TRIAL

61.     Legacy requests a jury trial on all issues so triable to a jury and will pay the appropriate fee.

## CONCLUSION AND PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Legacy Medical Consultants, LP asks that the Court issue citations for against Defendant, Amir Lebaschi, PDM, doing business as Orange County Foot & Ankle Institute, to appear and answer, and that Plaintiff be awarded a judgment against Dr. Lebaschi as follows, and in addition to the foregoing relief sought in each cause of action above:

    a.  Actual and out-of-pocket damages of at least $236,520.00, incurred as a direct result of Dr. Lebaschi's breach of the Agreement and other tortious conduct;

    b.  Incidental damages, consequential damages, and exemplary damages in amounts to be determined at trial;

    c.  Pre-judgment interest, in an amount to be determined at trial, and post-judgment interest, in an amount to be determined at trial;

    d.  Court costs, in an amount to be determined;

e.  Attorneys' fees and legal costs and expenses, in an amount to be determined and as permitted by law under TEX. CIV. PRAC. & REM. § 38.001, including any amendments or successor statutes; including statutory damages as permitted by relevant laws; and

f.  All other relief to which Plaintiff is entitled, at law or in equity, and which this Court deems just and proper.

Respectfully submitted,

Dated:  June 20, 2025

**BLANK ROME LLP**

*/s/ Gregory J. Moore*
Gregory J. Moore
Texas Bar No. 24055999
717 Texas Avenue
Suite 1400
Houston, TX 77002
713.632.8657
Greg.Moore@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 20, 2025, I electronically filed Plaintiff's Original Petition and all Exhibits thereto with the Clerk of Court using the Court's CM/ECF system, and shall serve true and correct copies of the same on all parties in compliance with the Texas Rules of Civil Procedure.

Dated: June 20, 2025                    */s/ Gregory J. Moore*                              
                                                              GREGORY J. MOORE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yvette Manzano on behalf of Gregory Moore
Bar No. 24055999
yvette.manzano@blankrome.com
Envelope ID: 102258532
Filing Code Description: Petition
Filing Description: Lebaschi _ OC Foot  Ankle Complaint
Status as of 6/20/2025 4:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yvette Manzano | | yvette.manzano@blankrome.com | 6/20/2025 3:49:05 PM | SENT |
| Gregory J.Moore | | Greg.Moore@BlankRome.com | 6/20/2025 3:49:05 PM | SENT |
| Nicholas C.Harbist | | harbist@blankrome.com | 6/20/2025 3:49:05 PM | SENT |
| Naomi Zwillenberg | | naomi.zwillenberg@blankrome.com | 6/20/2025 3:49:05 PM | SENT |
| Amanda Januszewski | | amanda.januszewski@blankrome.com | 6/20/2025 3:49:05 PM | SENT |

# Attachment 6



# Fulfillment / Rebate Agreement

This Rebate Fulfillment Agreement (the "Agreement") is entered into as of this 6 day __June__, 2023 (the "Effective of Date") between Legacy Medical Consultants and

Provider Name:     Amir Lebaschi DPM

Office Address:     2220 E. Fruit St. Suite 214

                    Santa Ana, CA 92701

("Customer").

## Background

The Customer wishes to purchase and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1.  **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2.  **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3.  **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4.  **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5.  **Rebate Qualification.** If the Customer purchases ( 3 ) or more Products listed on Schedule A from Legacy Medical Consultants in a given month, he or she will qualify for a rebate of 40 % of the invoice price on all Products purchased in that month. Eligibility for the rebate each month will be calculated at the end of the month and, if the Customer is eligible to receive a rebate for that month, the amount of the rebate will be applied to the Customer's account as a rebate credit on each invoice generated in that month. Customer agrees to fully and accurately report all amounts paid and rebates earned hereunder to Medicare, Medicaid and all other federal and state health care programs and third-party payers as required by the discount safe harbor to the anti-kickback statute, 42 CFR 1001.952(h), and other applicable laws or agreements, and to provide copies of this Agreement and all other applicable information provided by Legacy Medical Consultants related to this Agreement and the amounts paid and rebates earned hereunder to representatives of these programs and other third-party payers upon their request.



# Fulfillment / Rebate Agreement

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within ~~forty-five (45) days~~ after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

*9/11/2023: 60-day terms (CCB)*

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

**Legacy Medical Consultants**

Staff Signature: *Cameron Barlow*

Staff Name (printed): Cameron Barlow

**Customer**

Customer Signature: *[signature]*

Customer Name (printed): *Amir lebaschi, DPM*

# Schedule A

### Products and Prices

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **IMPAX MEMBRANE** | IMP-0202 | Impax 2x2cm (Q4262) | $5,400.00 |
| | IMP-0203 | Impax 2x3cm (Q4262) | $8,100.00 |
| | IMP-0404 | Impax 4x4cm (Q4262) | $21,600.00 |
| | IMP-0406 | Impax 4x6cm (Q4262) | $32,400.00 |
| | IMP-0408 | Impax 4x8cm (Q4262) | $43,200.00 |

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **SurGraft FT MEMBRANE** | SFT-0202 | SurGraft FT 2x2cm (Q4268) | $3,800.00 |
| | SFT-0203 | SurGraft FT 2x3cm (Q4268) | $5,700.00 |
| | SFT-0404 | SurGraft FT 4x4cm (Q4268) | $15,200.00 |
| | SFT-0406 | SurGraft FT 4x6cm (Q4268) | $22,800.00 |
| | SFT-0408 | SurGraft FT 4x8cm (Q4268) | $30,400.00 |

# Attachment 7

CAUSE NO. 348-365836-25 _____

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § | **IN THE DISTRICT COURT OF** |
| **SUCCESSOR IN INTEREST TO LEGACY** | § | |
| **MEDICAL CONSULTANTS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **v.** | § | |
| | § | |
| **AMIR LEBASCHI D/B/A ORANGE** | § | |
| **COUNTY FOOT & ANKLE INSTITUTE,** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **Defendant.** | § | |
| | § | |

## AFFIDAVIT OF KIMBERLY R. BINI

Before me, the undersigned notary, on this day personally appeared Kimberly R. Bini, a person whose identity is known to me. After administration of the oath, upon her oath she said:

My name is Kimberly R. Bini. I am over the age of 18, am legally and mentally competent, and am capable of making this affidavit on behalf of Legacy Medical Consultants, LP. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am the duly authorized representative of Legacy Medical Consultants, LP ("Legacy"). I acquired personal knowledge of the facts set forth herein and in Legacy's Petition through my role as Director of Credit and Collections of Legacy and review of the relevant invoices and payment records.

2. On or about June 6, 2023, Amir Lebaschi, doing business as Orange County Foot & Ankle Institute ("Dr. Lebaschi"), entered into a Fulfillment/Rebate Agreement with Legacy.

3. Per the terms of the Agreement, Legacy agreed to sell, and Dr. Lebaschi agreed to purchase, human cell and tissue products for Dr. Lebaschi to administer to patients as medically necessary.

4. Dr. Lebaschi would submit an order form for human tissue product, Legacy would generate an order statement reflecting the terms of the purchase, and then the products were promptly packed and shipped for delivery.

5. At the end of each month, Legacy sent an invoice reflecting the previous month's products purchased and amounts owed.

6. Under his Agreement with Legacy, Dr. Lebaschi made several orders. However, upon receipt of his invoices, Dr. Lebaschi has failed to pay his outstanding balance. Dr. Lebaschi has not paid the full amounts owed and are delinquent on the liquidated balance of $236,520.00.

7. The total liquidated balance on the account is $236,520.00. The amount is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed.


KIMBERLY R. BINI
Director, Credit and Collections
Legacy Medical Consultants, LP


SUBSCRIBED AND ACKNOWLEDGED BEFORE ME by Kimberly R. Bini on June 17, 2025, to certify which witness my hand and seal of office.


RUBY LEE HENRY
Notary ID #5849736
My Commission Expires
May 17, 2029

Notary Public in and for the
State of Texas
My commission expires: 5/17/29

# **Attachment 8**

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*                                    *Cause No. 348-365836-25*

LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO L
VS.
AMIR LEBASCHI D/B/A ORANGE COUNTY FOOT & ANKLE INSTITUTE

TO: AMIR LEBASCHI

D/B/A ORANGE COUNTY FOOT & ANKLE          9 LANCEA PL
INSTITUTE                                 TUSTIN, CA 92782-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 348th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LEGACY MEDICAL CONSULTANTS LP

Filed in said Court on June 20th, 2025 Against
AMIR LEBASCHI, D/B/A ORANGE COUNTY FOOT & ANKLE INSTITUTE

For suit, said suit being numbered 348-365836-25 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

GREGORY J MOORE
Attorney for LEGACY MEDICAL CONSULTANTS LP Phone No. (713)632-8657
Address     717 TEXAS AVE STE 1400 HOUSTON, TX 77002

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 27th day of June, 2025.

By _____ Deputy
                                 AMANDA DURAN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN *34836583625000006*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

# CITATION

Cause No. 348-365836-25

LEGACY MEDICAL CONSULTANTS,
LP, SUCCESSOR IN INTEREST TO L

VS.

AMIR LEBASCHI D/B/A ORANGE
COUNTY FOOT & ANKLE INSTITUTE

ISSUED

This 27th day of June, 2025

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          AMANDA DURAN Deputy

GREGORY J MOORE
Attorney for: LEGACY MEDICAL CONSULTANTS LP
Phone No. (713)632-8657
ADDRESS: 717 TEXAS AVE STE 1400

HOUSTON, TX 77002

*CIVIL LAW*

*83658362500006*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL