IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| v. | § § | Civil Action No. 4:25-cv-00940-P |
| AMIR LEBASCHI D/B/A ORANGE COUNTY FOOT & ANKLE INSTITUTE. | § § § | |

### DEFENDANT'S COUNSEL'S PARTIALLY UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

Jordan M. Parker, Derek Carson, and Michael Ackerman of CANTEY HANGER LLP (together, "Movants"), counsel of record for Defendant Amir Lebaschi d/b/a Orange County Foot & Ankle Institute ("Dr. Lebaschi") file this Motion for Leave to Withdraw ("Motion"). In support of this Motion, Movants would respectfully show the Court as follows:

1. Dr. Lebaschi is currently represented in this matter by:

   **Jordan M. Parker**
   **Derek Carson**
   **Michael Ackerman**
   CANTEY HANGER LLP
   600 West 6th Street, Suite 300
   Fort Worth, Texas 76102

2. Movants request leave to withdraw as Dr. Lebaschi's counsel in the above-captioned matter. Good cause exists for the withdrawal because mutual, irreconcilable differences have arisen between Dr. Lebaschi and Movants. Further representation by Movants is not feasible and would be against Dr. Lebaschi's wishes. *See* Tex. R. Prof'l Cond. 1.16(b)(1), (4), (7) (permitting withdrawal based on a fundamental disagreement, where withdrawal can be accomplished without material adverse effect on the client, or other good cause exists).

3. Dr. Lebaschi has not designated replacement counsel and understands that he will represent himself *pro se* until he hires new attorneys to represent him in this matter. In accordance with Local Rule 83.12(a), Dr. Lebaschi has signed this Motion, and his name, address, and telephone number are as follows:

>**Amir Lebaschi, D.P.M.**
>Orange County Foot & Ankle Institute
>2220 E Fruit St #214
>Santa Ana, CA 92701
>(714) 547-7100

4. By signing below, Dr. Lebaschi acknowledges that he has been provided with the scheduling order for this matter [ECF Doc. 17]. The most immediate upcoming deadlines are as follows, and Dr. Lebaschi has been directed to refer to the scheduling order for information regarding additional deadlines:

    a. Expert Witness Designation Deadline for party with burden of proof: February 20, 2026.

    b. Deadline to respond to First Requests for Production and First Interrogatories[1] served by Plaintiff: February 26, 2026.

    c. Responsive Expert Witness Designation Deadline for party without burden of proof: March 23, 2026.

    d. Rebuttal Expert Witness Designation Deadline: 30 days after other party's disclosure of expert to be rebutted.

    e. Mediation Deadline: April 8, 2026.

    f. Discovery Deadline: May 8, 2026.

5. Plaintiff is unopposed to Movants' withdrawal as Dr. Lebaschi's counsel.

---

[1] Movants have provided Dr. Lebaschi with copies of Plaintiff's discovery requests and informed him of the deadline.

Accordingly, Movants request that the Court grant them leave to withdraw as Dr. Lebaschi's counsel in the above-captioned matter.

Respectfully submitted,

/s/ Jordan M. Parker
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com

CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone
(817) 877-2807  Facsimile

**ATTORNEYS FOR DEFENDANT**

**AGREED:**

_____     Date: 2/9/2026
Amir Lebaschi, D.P.M.

**CERTIFICATE OF CONFERENCE**

On February 10, 2026, I conferred with counsel for Plaintiff regarding the relief sought in this motion. Plaintiff is unopposed to counsel's withdrawal, subject to certain specified conditions that Plaintiff will explain in a response to this motion. Given the conditional nature of Plaintiff's non-opposition, Movants submit this motion as partially unopposed.

    /s/ Derek Carson
Derek Carson

**CERTIFICATE OF SERVICE**

On February 10, 2026, the foregoing was served on all counsel of record via CM/ECF service and on Dr. Lebaschi via email to dpm@dr.com.

/s/ Derek Carson
Derek Carson