IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>AMIR LEBASCHI D/B/A ORANGE COUNTY FOOT & ANKLE INSTITUTE,<br><br>*Defendant.* | § § § § § § § § § § § § § | Civil Action No. 4:25-CV-00940-P |

### Response to Defendant's Motion for Leave to Withdraw

Plaintiff did not oppose Defendant's Motion for Leave to Withdraw subject to certain conditions as stated in the Certificate of Conference. Although the Court has already entered an order granting Defendant's motion, Plaintiff submits this response to explain the conditions for its non-opposition.

First, Plaintiff's non-opposition is conditioned on the preservation of the existing Scheduling Order and discovery obligations. All dates in the scheduling order will remain absent a separate motion and showing of good cause. Additionally, existing discovery and meet-and-confer obligations will remain in effect. Specifically, Defendant's discovery responses were due on February 12, 2026, and Plaintiff agreed to extend the response deadline to February 26, 2026. The withdrawal will not alter that date, and any further extensions will require a written agreement between the parties.

Second, all confidentiality obligations and any discovery protocols will continue to bind the parties irrespective of Dr. Lebaschi's *pro se* status. The parties will continue to meet-and-confer

1

if certain discovery materials warrant protection, consistent with the cooperation on ESI and discovery reflected in the Joint Report.

<u>Third</u>, Plaintiff reserves all rights to seek appropriate relief (including motions to compel, evidentiary preclusion, or sanctions) for any non-compliance or disruptions to the scheduling order following the withdrawal of counsel as provided in the Scheduling Order's enforcement and sanction provisions.

Dated: February 11, 2026.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan A. Altobelli*
　　　　　　　　　　　　　　　　　　　　　　　Megan A. Altobelli
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24107116
　　　　　　　　　　　　　　　　　　　　　　　200 Crescent Court, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　　(972) 850-1450 Main
　　　　　　　　　　　　　　　　　　　　　　　(972) 850-1467 M. Altobelli Direct
　　　　　　　　　　　　　　　　　　　　　　　Megan.Altobelli@BlankRome.com

　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that on February 10, 2026, counsel for Plaintiff and Derek Carson conferred regarding the conditions outlined in this response.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan A. Altobelli*
　　　　　　　　　　　　　　　　　　　　　　　Megan A. Altobelli

## CERTIFICATE OF SERVICE

I certify that on February 11, 2026, a true and correct copy of the foregoing document was served on parties and counsel of record via the Court's CM/ECF filing system in accordance with Fed. R. Civ. P. 5(b)(2).

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan A. Altobelli*
　　　　　　　　　　　　　　　　　　　　　　　Megan A. Altobelli