UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY MEDICAL CONSULTANTS, LP,**

   Plaintiff,

**v.**                                                          **No. 4:25-cv-00940-P**

**AMIR LEBASCHI,**

   Defendant.

### ORDER

Before the Court is Defendant's Motion for Leave to File Amended Answer and Counterclaims. ECF No. 38. Having considered the briefing and relevant law, the Court hereby **DENIES** the Motion.

**SO ORDERED** on this **4th day of May 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE