**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, § <br> SUCCESSOR IN INTEREST TO LEGACY § <br> MEDICAL CONSULTANTS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AMIR LEBASCHI D/B/A ORANGE § <br> COUNTY FOOT & ANKLE INSTITUTE, § <br> § <br> Defendant. § | Case No. 4:25-CV-00940-P |

### RULE 41 JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Legacy Medical Consultants, LP ("Plaintiff") and Defendant Amir Lebaschi d/b/a Orange County Foot & Ankle Institute ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of all claims asserted in this action in the above-captioned action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41.1 of the United States District Court for the Northern District of Texas.

In support of this Joint Stipulation, the Parties state as follows:

1. The Parties have reached a settlement of all claims, counterclaims, and disputes in this action.
2. Pursuant to the terms of their settlement, the Parties stipulate and agree that all claims asserted in this action are hereby dismissed without prejudice.
3. Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.
4. This Stipulation is filed with the consent of all parties who have appeared in this action, as evidenced by the signatures of their respective counsel below, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
5. No party is an infant, incompetent person, or class representative within the meaning of Federal Rule of Civil Procedure 41(a)(1).
6. There are no outstanding motions pending before the Court that would preclude dismissal of this action.

1

7. The Parties respectfully request that the Court enter the proposed Order of Dismissal attached hereto.

WHEREFORE, the Parties respectfully request that this Court dismiss this action in its entirety, without prejudice, with each Party bearing its own attorneys' fees and costs.

Dated:  May 6, 2026.                            Respectfully submitted,

| | |
|---|---|
| BLANK ROME LLP | KENNEDY, ATTORNEYS & COUNSELORS AT LAW |
| */s/ Megan A. Altobelli* <br> Megan A. Altobelli (local counsel) <br> Texas Bar No. 24107116 <br> 200 Crescent Court, Suite 1000 <br> Dallas, Texas 75201 <br> (972) 850-1467 <br> Megan.Altobelli@BlankRome.com | /s/ *Mark S. Kennedy (with permission)* <br> Mark S. Kennedy <br> Texas State Bar No. 24000122 <br> 12222 Merit Drive, Suite 1750 <br> Dallas, Texas 75251 <br> Telephone: (214) 445-0740 Email: <br> markskennedylaw@msn.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that counsel for all parties have conferred and agreed to the filing of this Joint Stipulation of Dismissal, as required by Local Civil Rule 7.1 of the United States District Court for the Northern District of Texas.

By: */s/ Megan A. Altobelli*
Megan A. Altobelli

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been served on all parties and counsel of record on May 6, 2026, via the Court's ECF system.

By: <u>*/s/ Megan A. Altobelli*</u>
Megan A. Altobelli